Núm. 7116.—PUEBLO, apldo. *v.* MEDIAVILLA, aplte.—C. D. Bayamón. ▇▇▇▇▇ Abril 29, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción del acusado apelante por la que pide se le conceda un nuevo término para solicitar la transcripción de evidencia y poder perfeccionar su apelación;

POR CUANTO, el apelante no ha explicado a satisfacción de este Tribunal las razones por las cuales no se solicitó la transcripción de evidencia dentro del término señalado por la ley; y

POR CUANTO, la alegación que hace el abogado del apelante de que éste tiene una buena y justa causa de acción y méritos suficientes para elevar su apelación, no es suficiente para convencernos de que la apelación interpuesta es meritoria;

POR CUANTO, este Tribunal es de opinión que la mejor práctica a seguir es la de presentar al Tribunal en apoyo de la solicitud una declaración jurada haciendo constar en ella los errores que haya po-

dido cometer la corte inferior y en los cuales se ha de basar la solicitud de revocación de sentencia:

POR TANTO, se declara sin lugar la solicitud para la concesión de un nuevo término.